UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN INGALLS, Individually and on Behalf of All Others Similarly Situated,<br><br>                                            Plaintiff,<br><br>      v.<br><br>BUCKEYE PARTNERS, L.P., CLARK C. SMITH, PIETER BAKKER, BARBARA M. BAUMANN, BARBARA J. DUGANIER, JOSEPH A. LASALA, JR., MARK C. MCKINLEY, LARRY C. PAYNE, OLIVER G. RICHARD, III, FRANK S. SOWINSKI, and MARTIN A. WHITE,<br><br>                                            Defendants. | No. 1:19-cv-06098-JSR |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gary A. Bornstein, of the law firm Cravath, Swaine & Moore LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Defendants Buckeye Partners, L.P., Clark C. Smith, Pieter Bakker, Barbara M. Baumann, Barbara J. Duganier, Joseph A. LaSala, Jr, Mark C. McKinley, Larry C. Payne, Oliver G. Richard, III, Frank S. Sowinski, and Martin A. White in the above-captioned matter, and further requests that copies of all papers in this action be served upon the undersigned.

Dated: July 3, 2019

                            Respectfully submitted,

                            CRAVATH, SWAINE & MOORE LLP,

                   by

                              */s/ Gary A. Bornstein*
                              Gary A. Bornstein

                  Worldwide Plaza
                     825 Eighth Avenue
                      New York, NY 10019
                        (212) 474-1000
                            gbornstein@cravath.com

                  *Attorneys for Defendants*