| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-CV-02645 |
|---|---|---|---|

| John Ingalls |
|---|
| *versus* |
| Buckeye Partners, L.P et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Gary A. Bornstein<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000 / gbornstein@cravath.com<br>New York Bar No.<br>Federal Bar No. |
|---|---|

| Name of party applicant seeks to appear for: | Buckeye Partners, L.P., Clark C. Smith, Pieter Bakker, Barbara J. Duganier, Joseph A. LaSala, Jr., Mark C. McKinley, Larry C. Payne, Oliver G. Richard, III, Frank S. Sowinski, Martin A. White. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/7/20 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge