IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE BUCKEYE PARTNERS L.P.
MERGER LITIGATION

)
)
)

C.A. No. 1:20-cv-00960-RGA

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gary A. Bornstein and Rory A. Leraris of CRAVATH SWAINE & MOORE LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, to represent Defendants Buckeye Partners, L.P., Clark C. Smith, Peiter Bakker, Barbara M. Baumann, Barbara J. Duganier, Joseph A. Lascala, Jr., Mark C. McKinley, Larry C. Payne, Oliver G. Richard, III, Frank S. Sowkinski and Martin A White in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Gary A. Bornstein
Rory A. Leraris
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
gbornstein@cravath.com
rleraris@cravath.com

August 7, 2020

*/s/ Sabrina M. Hendershot*
William M. Lafferty (#2755)
Ryan D. Stottmann (#5237)
Sabrina M. Hendershot (#6286)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
wlafferty@mnat.com
rstottmann@mnat.com
shendershot@mnat.com
*Attorneys for Defendants Buckeye Partners, L.P.,*
*Clark C. Smith, Peiter Bakker, Barbara M.*
*Baumann, Barbara J. Duganier, Joseph A.*
*Lascala, Jr., Mark C. McKinley, Larry C. Payne,*
*Oliver G. Richard, III, Frank S. Sowkinski and*
*Martin A White*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Gary

A. Bornstein and Rory A. Leraris is granted.


Dated: _____        _____
                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: _Ap. 5, 2020_

_____

Gary A. Bornstein
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court,

am admitted, practicing and in good standing as a member of the Bars of the States of New York and

New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I

am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District

Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office

upon the filing of this motion.

Date: 8/7/20

Rory A. Leraris
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000