IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE BUCKEYE PARTNERS, L.P., | : | |
| MERGER LITIGATION | : | Civil Action No. 20-960-RGA |
| | : | |
| | : | |

**ORDER**

This <u>2nd</u> day of June 2021, upon consideration of the Magistrate Judge's Report and Recommendation dated May 5, 2021, and no objections to the Report and Recommendation having been filed, and the Court having reviewed the matter and being convinced that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 89) is **ADOPTED**.

2. Buckeye Defendants' Motion to Dismiss (D.I. 65) and IFM Defendants' Motion to Dismiss are **GRANTED**. Plaintiff's federal claims (Count 1 and 2) are **DISMISSED** with Prejudice. The Court declines to exercise jurisdiction over Plaintiff's state law claims (Counts 3 through 8).

<u>/s/ Richard G. Andrews</u>
United States District Judge
